**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| KIMBERLY-CLARK CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>CIMA PLASTICS II CORPORATION AND DOUGLAS MALM,<br><br>    Defendants. | Civil Action File<br>No. 1:08-CV-1836-JEC |

## NOTICE OF APPEARANCE

The undersigned counsel, of the law firm McKenna Long & Aldridge LLP, gives notice of his appearance as counsel of record for defendant, Douglas Malm.

This 15th day of November, 2011.

> By:  */s/ R. Matthew Martin*
> R. Matthew Martin
> Georgia Bar No. 473450
> MCKENNA LONG & ALDRIDGE LLP
> 303 Peachtree Street, Suite 5300
> Atlanta, GA  30308
> rmmartin@mckennalong.com
> Telephone: (404) 527-8478
> Facsimile: (404) 527-3655
>
> Attorney for Defendant
> DOUGLAS MALM.

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2011, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys of record for Plaintiff at their e-mail addresses on file with the Court, as follows:

>Jennifer Burch Dempsey
>jennifer.dempsey@bryancave.com
>Stacey Godfrey Evans
>sevans@whetriallaw.com
>Jennifer Devine Odom
>jennifer.odom@bryancave.com

>By: */s/ R. Matthew Martin*
>R. Matthew Martin
>Georgia Bar No. 473450
>MCKENNA LONG & ALDRIDGE LLP
>303 Peachtree Street, Suite 5300
>Atlanta, GA  30308
>rmmartin@mckennalong.com
>Telephone: (404) 527-8478
>Facsimile: (404) 527-3655
>
>Attorney for Defendant
>DOUGLAS MALM.

ATLANTA:5343976.1