# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KIMBERLY-CLARK CORPORATION,<br><br>         Plaintiff,<br><br>vs.<br><br>CIMA PLASTICS II CORPORATION AND DOUGLAS MALM,<br><br>         Defendants. | Civil Action File<br>No. 1:08-CV-1836-JEC |

## NOTICE OF APPEARANCE

The undersigned counsel, of the law firm McKenna Long & Aldridge LLP, gives notice of his appearance as counsel of record for defendant, Douglas Malm.

This 16th day of November, 2011.

> By:  */s/ Keith Kodosky*
> Keith Kodosky
> Georgia Bar No. 404814
> MCKENNA LONG & ALDRIDGE LLP
> 303 Peachtree Street, Suite 5300
> Atlanta, GA  30308
> kkodosky@mckennalong.com
> Telephone: (404) 527-4993
> Facsimile: (404) 527-3651
>
> Attorney for Defendant
> DOUGLAS MALM.

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2011, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys of record for Plaintiff at their e-mail addresses on file with the Court, as follows:

>Jennifer Burch Dempsey
>jennifer.dempsey@bryancave.com
>Stacey Godfrey Evans
>sevans@whetriallaw.com
>Jennifer Devine Odom
>jennifer.odom@bryancave.com
>R. Matthew Martin
>rmmartin@mckennalong.com

>By: _/s/ Keith Kodosky_
>Keith Kodosky
>Georgia Bar No. 404814
>MCKENNA LONG & ALDRIDGE LLP
>303 Peachtree Street, Suite 5300
>Atlanta, GA  30308
>kkodosky@mckennalong.com
>Telephone: (404) 527-4993
>Facsimile: (404) 527-3651
>
>Attorney for Defendant
>DOUGLAS MALM.

ATLANTA:5343976.1